# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 22-14118 |
| Zojacquelene Jones | Chapter 13 |
| Debtor. | Hon. Judge A. Benjamin Goldgar |

## NOTICE OF TERMINATION OF STAY

**VIA ELECTRONIC NOTICE:**

    Justin R. Storer
    Law Offices of William J. Factor, Ltd.
    105 W. Madison St, Suite 1500
    Chicago, IL 60602

    Marilyn O. Marshall
    224 South Michigan Ste 800
    Chicago, IL 60604

**VIA U.S. MAIL:**

    Zojacquelene Jones
    4054 W. Cermak Road
    Chicago, IL 60623

    Roderick Jones
    2820 W. 140th St
    Blue Island, IL 60406

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court entered June 27, 2023, and hereto attached. In accordance with said Order, U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust mailed notification of non-compliance to all required parties on October 23, 2023. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay and co-debtor stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust, its successors and/or assigns, as to a certain security interest, as to property located at 2820 140th St, Blue Island, IL 60406.

Dated: November 13, 2023

Respectfully Submitted,

Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 13, 2023, before the hour of 5:00 p.m.

Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Movant