

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1,5]
Dennis V. Ferguson [3,7]
Molly Simons [1,2,6]
Michelle D. Heinz [1,3]

Mary E. Spitz [5]
Ethan Hill [1,2,4]
Amro M. Mustafa [3,5]
Anthony Schievelbein [1]
Dylan Dean Smith [1,3,5]
Jason A. Newman (*Of Counsel*) [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana, (4)-Michigan, (5)-Illinois, (6)-West Virginia, (7)-Alabama

www.sottileandbarile.com

October 23, 2023

Justin R. Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602

      RE: Zojacquelene Jones
      Bankruptcy Case No.: 22-14118
      Creditor: U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust
      Please Refer to File Number ILB2310012

Dear Sir/Madam,

    I am writing to you on behalf of U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust to advise you that the above referenced Debtor has defaulted on payments pursuant to the Order entered June 27, 2023.

    The Debtor has failed to remit post-petition monthly payments for the months of August 1, 2023 through October 1, 2023 in the amount of $1,026.41 each, stipulated payments for the months of August 15, 2023 through October 15, 2023 in the amount of $230.95 each, late charges in the amount of $48.82, and non-sufficient fund fees in the amount of $50.00. The total amount necessary to cure the default through October 23, 2023 is $3,870.90. Payment **- IN CERTIFIED FUNDS ONLY -** should be sent directly to SN Servicing Corporation, Igloo Series III Trust, PO Box 660820, Dallas, TX 72566-0820.

    If this default is not cured within fourteen (14) days after the date of receipt of this notice, Movant may file a Notice of Termination of Stay with the Court attesting to the default by the debtor and relief from stay and co-debtor stay shall be granted upon filing said Notice without further hearing.

                                      Sincerely,

                              /s/ Molly Slutsky Simons
                              Molly Slutsky Simons
                              Sottile & Barile, Attorneys at Law
                              394 Wards Corner Road, Suite 180
                              Loveland OH 45140
                              Phone: (513) 444-4100
                              bankruptcy@sottileandbarile.com

**Pursuant to the Fair Debt Collection Practices Act, you are advised that this office is deemed to be a debt collector and any information obtained may be used for that purpose.**

*Corporate Office*
7530 Lucerne Drive
Suite 210
Middleburg Heights, OH 44130
440.572.1511

*Southern Ohio Office*
394 Wards Corner Road
Suite 180
Loveland, OH 45140
513.444.4100

*Indiana Office*
450 East 96th Street
Suite 500
Carmel, IN 46240
440.572.1511

*Illinois Office*
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
312.883.2810

D. Anthony Sottile [1 2 3]
Franco M. Barile [1 4]
Jon Lieberman [1 2 4]
Michael J. Lubes [1 5]
Dennis V. Ferguson [3 7]
Molly Simons [1 2 6]
Michelle D. Heinz [1 3]

Mary E. Spitz [5]
Ethan Hill [1 2 4]
Amro M. Mustafa [3 5]
Anthony Schievelbein [1]
Dylan Dean Smith [1 3 5]
Jason A. Newman (*Of Counsel*) [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana, (4)-Michigan, (5)-Illinois, (6)-West Virginia, (7)-Alabama



www.sottileandbarile.com

cc: Zojacquelene Jones
4054 W. Cermak Road
Chicago, IL 60623

Roderick Jones
2820 W. 140th St
Blue Island, IL 60406

*Corporate Office*
7530 Lucerne Drive
Suite 210
Middleburg Heights, OH 44130
440.572.1511

*Southern Ohio Office*
394 Wards Corner Road
Suite 180
Loveland, OH 45140
513.444.4100

*Indiana Office*
450 East 96th Street
Suite 500
Carmel, IN 46240
440.572.1511

*Illinois Office*
1415 West 22nd Street
Tower Floor
Oak Brook, IL 60523
312.883.2810